**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1352**

---

MINDY HILL,

        Petitioner,

    v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

        Respondents.

---

On Petition for Review of an Order of the Federal Communications Commission.

---

Submitted:  January 30, 2024                Decided:  February 2, 2024

---

Before KING, AGEE, and THACKER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Mindy Hill, Petitioner Pro Se. Pamela Louise Smith, FEDERAL COMMUNICATIONS COMMISSION, Washington, D.C.; Robert B. Nicholson, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

On April 3, 2023, Mindy Hill filed a petition for review of the Federal Communications Commission's (FCC) January 9, 2017, email closing her informal complaint. To the extent this is an order subject to review in this court, the request for review was untimely filed over six years after the filing deadline. *See* 28 U.S.C. § 2344 (stating petition for judicial review of FCC order must be filed within 60 days); *see also Cellular Telecomm'n v. FCC,* 330 F.3d 502, 508 (D.C. Cir. 2003) (finding 60-day statutory deadline jurisdictional). As such, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*